## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Luis Luhring Arizmendi, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Signature Flight Support, et al., <br><br> Defendants. | **Civil No. 14-1474 (SEC)** |

## JUDGMENT

Pursuant to the parties' Joint Stipulation of Dismissal, see Docket # 32, this case is hereby **DISMISSED with prejudice**. The parties shall bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 27th day of May, 2016.

*s/ Salvador E. Casellas*
SALVADOR E. CASELLAS
U.S. Senior District Judge